IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**MATTHEW EBERWEIN,**

**Defendant.**                                              No. 03-CR-30135-DRH

## ORDER

**HERNDON, District Judge:**

      Before the Court is Defendant Matthew Eberwein's ("Defendant's") motion for a continuance of his sentencing date. (Doc. 159.) The Court, being fully advised in the premises, **GRANTS** Defendant's motion. (Doc. 159.) The Court **CONTINUES** Defendant's sentencing until Thursday, October 12, 2006 at 1:30 p.m.

      **IT IS SO ORDERED**.

      Signed this 6th day of July, 2006.

      /s/     David   RHerndon
      **United States District Judge**