IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW EBERWEIN,

Defendant.                                              No. 03-CR-30135-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is Defendant Matthew Eberwein's ("Defendant's") motion for a continuance of his sentencing date. (Doc. 161.) The motion is unopposed. The Court, being fully advised in the premises, **GRANTS** Defendant's motion. (Doc. 161.) The Court **CONTINUES** Defendant's sentencing until Friday, December 8, 2006 at 1:30 p.m.

**IT IS SO ORDERED**.

Signed this 2nd day of October, 2006.

/s/     David RHerndon

**United States District Judge**