IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW EBERWEIN,

Defendant.                                        No. 03-CR-30135-DRH

**ORDER**

**HERNDON, District Judge:**

Before the Court is Defendant Matthew Eberwein's ("Defendant's") motion to continue surrender date to March 19, 2007. (Doc. 175.) Leading up to Defendant's sentencing on December 8, 2006, this Court repeatedly granted continuances of one hearing or another to Defendant. The Court cannot justify another continuance simply because Defendant has personal commitments which have not as of yet been resolved. Defendant has had ample time to get his affairs in order. To have made commitments that conflict with Defendant's surrender date is beyond the Court's comprehension. Defendant's motion to continue surrender date (Doc. 175) is **DENIED**. Defendant is ordered to surrender to his designated institution of incarceration on January 29, 2007.

**IT IS SO ORDERED**.

Signed this 24th day of January, 2007.

/s/       David   RHerndon
**United States District Judge**