IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 03-CR-30135-DRH |
| ) | |
| MATTHEW EBERWEIN, ) | |
| ) | |
| Defendant ) | |

**ORDER**

Now before the court is Catherine Sheppard's Motion for Return of Bail in the amount of $5,000, previously posted as bond for the defendant Matthew Eberwein. The court being fully advised in the premises, finds that all conditions of defendant Matthew Eberwein's bond have been met and that defendant Matthew Eberwein has surrendered to the Federal Corrections Facility at Cumberland Maryland and **GRANTS** Catherine Sheppard's Motion for Return of Bail. The court further directs the Clerk of the Court to refund $5,000, previously posted for Matthew Eberwein as bond, to:

Catherine Sheppard
1410 21st Street South
Arlington, Virginia 22202

IT IS SO ORDERED.

Signed this 12th day of February, 2007

/s/     David  RHerndon
United States District Court